**ROBERT J. FLUMMERFELT, ESQ.**
Nevada Bar No.: 11122
**CANON LAW SERVICES, LLC**
CanonLawServices@Gmail.com
410 S. Rampart Boulevard, Suite 390
Las Vegas, Nevada 89145
Telephone:      (702) 562-4144
Facsimile:        (702) 866-9868

*Attorney for Plaintiff* Michael Johnson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL JOHNSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, LOCAL 1199, a local non-profit and national labor union; VERNON STEED, individually and in his capacity as President of AFGE LOCAL 1199; FEDERAL LABOR RELATIONS AUTHORITY, an administrative federal agency; and DOES I-X and ROE CORPORATIONS, 1-10, inclusive;<br><br>Defendants. | Case No.: 2:16-cv-1739-JAD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS AGAINST ALL DEFENDANTS WITH PREJUDICE** |

Plaintiff MICHAEL JOHNSON, by through his attorney of record, ROBERT J. FLUMMERFELT, ESQ., of the law firm of CANON LAW SERVICES, ESQ., and Defendants AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, LOCAL 1199, a local non-profit and national labor union, and VERNON STEED, individually and in his capacity as President of AFGE LOCAL 1199, by and through their attorneys of record PAUL L. MORE, ESQ., and SARAH GROSSMAN-SWENSON, ESQ., of the law firm of McCRACKEN, STEMERMAN, & HOLSBERRRY, and Defendant FEDERAL LABOR RELATIONS AUTHORITY, an administrative federal agency, by and through their attorneys of record FRED

B. JACOB, ESQ., ZACHARY R. HENIGE, ESQ., and STEPHANIE J. FOUSE, ESQ., hereby stipulate and agree as follows:

    1.    That the Complaint of Plaintiff and all claims asserted (or which could have been asserted) shall be DISMISSED WITH PREJUDICE with regard to Defendants AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, LOCAL 1199, a local non-profit and national labor union, and VERNON STEED, individually and in his capacity as President of AFGE LOCAL 1199, and Defendant FEDERAL LABOR RELATIONS AUTHORITY, an administrative federal agency, pursuant to FRCP 41(a)(1), each party to bear their own attorney's fees and costs; and

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

Canon Law Services, LLC
410 S. Rampart Blvd., Suite 390
Las Vegas, Nevada 89145
(702) 562-4144

2. That all upcoming court dates pertaining to this matter, including any pending motions or trial dates, shall be VACATED.

DATED this 29th day of August, 2016.     DATED this 29th day of August, 2016.

/s/ ROBERT J. FLUMMERFELT, ESQ.     /s/ FRED B. JACOB, ESQ.

**ROBERT J. FLUMMERFELT, ESQ.**     **FRED B. JACOB, ESQ.**
Nevada Bar No. 11122                Solicitor
**CANON LAW SERVICES, LLC**          Telephone:    202.218.7906
CanonLawServices@Gmail.com          **ZACHARY R. HENIGE, ESQ.**
410 S. Rampart Blvd., Suite 390     Deputy Solicitor
Las Vegas, Nevada 89145             Telephone:    202.218.7908
Telephone:    702.562.4144          **STEPHANIE J. FOUSE, ESQ.**
Facsimile:    702.866.9868          Attorney
                                     Telephone:    202.218.7986
*Attorney for Plaintiff* Michael Johnson  1400 K Street NW
                                     Washington, D.C. 20424

*Attorneys for Defendant FLRA*

DATED this 29th day of August, 2016.

/s/ SARAH GROSSMAN-SWENSON, ESQ.

**PAUL L. MORE, ESQ.**
Nevada Bar No. 9628
**SARAH GROSSMAN-SWENSON, ESQ.**
Nevada Bar No. 11979
**McCRACKEN, STEMERMAN, & HOLSBERRY**
1630 S. Commerce Street, Suite A-1
Las Vegas, Nevada 89102
Telephone:    702.386.5107
Facsimile:    702.386.9848

*Attorneys for Defendants AFGE Local 1199 &*
   *Vernon Steed*

Canon Law Services, LLC
410 S. Rampart Blvd., Suite 390
Las Vegas, Nevada 89145
(702) 562-4144

Canon Law Services, LLC
410 S. Rampart Blvd., Suite 390
Las Vegas, Nevada 89145
(702) 562-4144

# ORDER

Pursuant to the above Stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

That the Complaint of Plaintiff MICHAEL JOHNSON is hereby DISMISSED WITH PREJUDICE against Defendants AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, LOCAL 1199, a local non-profit and national labor union, and VERNON STEED, individually and in his capacity as President of AFGE LOCAL 1199, and Defendant FEDERAL LABOR RELATIONS AUTHORITY, an administrative federal agency, in this matter, with each party to bear their own attorney's fees and costs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that any upcoming court dates pertaining to this matter, including any pending motions or trial dates, shall be VACATED.

All pending motions are DENIED, and this CASE SHALL BE CLOSED.

Dated:  August 30, 2016.


_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

/s/ ROBERT J. FLUMMERFELT, ESQ.
_____

**ROBERT J. FLUMMERFELT, ESQ.**
Nevada Bar No.: 11122
**CANON LAW SERVICES, LLC**
CanonLawServices@Gmail.com
410 S. Rampart Boulevard, Suite 390
Las Vegas, Nevada 89145
Telephone:     (702) 562-4144
Facsimile:       (702) 866-9868

*Attorney for Plaintiff* Michael Johnson